DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOOKER T. ROBERTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-889

[June 21, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Boober, Judge; L.T. Case No. 05-6570CF01A.

Booker T. Roberts, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***